IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CANNON JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; THE COMCAST CORPORATION BENEFITS FIDUCIARY COMMITTEE; and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 2:26-cv-04998-GAM |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants Comcast Corporation and Comcast Corporation Benefits Fiduciary Committee ("Defendants") move to dismiss this action filed by Plaintiff James Cannon, Jr. ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6) because the complaint fails to state a claim upon which relief may be granted. This motion is based on the attached Defendants' Memorandum in Support of Motion to Dismiss and on all of the pleadings, papers, and records in this action. A Proposed Order is attached.

Dated: October 19, 2026

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld (PA ID #85955)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Gina F. McGuire (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue

New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
gina.mcguire@morganlewis.com

Andrew R. Hellman (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
andrew.hellman@morganlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I electronically filed Defendants' Motion to Dismiss Plaintiff's Class Action Complaint pursuant to Local Rule of Civil Procedure 12(b)(6). and the relevant proposed order with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing with all counsel of record.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld (PA ID #85955)