IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CANNON JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; THE COMCAST CORPORATION BENEFITS FIDUCIARY COMMITTEE; and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 2:26-cv-04998-GAM |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss Plaintiff's Class Action Complaint filed by Defendants Comcast Corporation and Comcast Corporation Benefits Fiduciary Committee ("Motion to Dismiss"), and any and all papers submitted and argument made related thereto, with good cause having been shown, the Court hereby **GRANTS** Defendants' Motion to Dismiss and dismisses Plaintiff James Cannon, Jr.'s Complaint in its entirety.

**IT IS SO ORDERED**.

Dated: ______________________________

______________________________
Hon. Gerald A. McHugh
United States District Judge